IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VINCENT EASTWOOD, individually and on behalf
of and All Others Similarly Situated                                                   PLAINTIFFS

v.                                   Case No. 3:11-CV-03075

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                                                      DEFENDANT

**O R D E R**

      Currently before the Court is the Report and Recommendation (Doc. 34) filed in this case on April 24, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  No party has filed objections to the Magistrate's findings.

      The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, IT IS ORDERED that Plaintiff's Motion to Certify Class (Doc. 23) is DENIED.  However, such denial is made without prejudice to Plaintiff's ability to request an extension of time to file a new Motion to Certify Class within two weeks of the Court's ruling on Plaintiff's pending Motions for Summary Judgment and for Partial Summary Judgment (Docs. 17 and 20).

      IT IS SO ORDERED this 19th day of July, 2012.

                                                        /s/ P. K. Holmes, III
                                                        P.K. HOLMES, III
                                                         CHIEF U.S. DISTRICT JUDGE