UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VINCENT EASTWOOD, On Behalf Of Himself                    PLAINTIFF
& All Others Similarly Situated

VS.                          CASE NO. 11-3075

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                        DEFENDANT

## AGREED PROTECTIVE ORDER

 A third party subject to a subpoena in this case, The Progressive Group of Insurance

Companies ("Progressive"), who is represented by the Deacon Law Firm, PA, has requested a

Protective Order concerning records responsive to a Subpoena issued by Southern Farm Bureau

Casualty Insurance Company ("Farm Bureau"). From consideration thereof, and other matters of

record herein, the Court finds as follows:

 1. Pursuant to the Court's authority under Fed. R. Civ. P. 26(c), a protective order

should be issued with regard to the production by Progressive of documents and information

turned over pursuant to a Subpoena Duces Tecum. Said Documents and information include

Claim Notes pertaining to communications between Progressive and the plaintiff Mr. Eastwood

and are Bates stamped PROG0001 through 0018.

 2. The documents outlined above and produced by Progressive shall not be disclosed

by Farm Bureau, the Eastwoods, or their counsel, to any person other than counsel for the parties

and their employees and agents actively engaged in the conduct of this litigation, any witnesses

in this case that will be deposed or testify at trial, and any experts retained for the purpose of

assisting counsel in trial preparation, all of whom shall be advised of this Order prior to

disclosure.

1

3.   Any pleading or exhibit filed with the Court containing the documents and information referenced herein, will be filed under seal.

4.   The obligations and protections imposed by this Order shall continue beyond the conclusion of this action, including any appeals, or until the Court orders otherwise.   Within sixty (60) days after receipt of a request from the Designating Party, made after this action has concluded and the time for possible appeal has been resolved, Confidential Information (other than exhibits at the official court of record) shall be returned to the appropriate Designating Party or shall be destroyed by the receiving party.   Counsel for any party or third party receiving Confidential Information in this action shall make written certification of compliance with this provision and shall deliver the same to counsel for each Designating Party within 180 days after such request.

IT IS SO ORDERED this 5th day of November, 2012.

P. K. Holmes

United States District Court Judge

APPROVED AS TO FORM:

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Tel: (501) 376-2011
waddell@fridayfirm.com
eervin@fridayfirm.ccom

BY: _____
WILLIAM A. WADDELL, JR.
ARK. BAR ID NO. 84154
EDIE R. ERVIN
ARK. BAR ID NO. 93198
ATTORNEYS FOR DEFENDANT

2

And

DEACON LAW FIRM, PA
100 W. Center Street, Suite 200
Fayetteville, AR 72701
Tel: (479) 582-5353
jbdeacon@deaconlawfirm.com

BY: _____
J. BARRETT DEACON
Ark. Bar No. 2001201
ATTORNEYS FOR THIRD-PARTY


NOLAN, CALDWELL & REYNOLDS, P.A.
5434 Walsh Lane
Rogers, AR   72758
Tel: (479) 464-8269
Fax: (479) 464-8287
bhorton@justicetoday.com

BY: _____ (with consent)
BILL G. HORTON
ATTORNEYS FOR PLAINTIFF
Ark. Bar No. 02200

3